IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AF2, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 04 C 7740 |
| TVF, LLC d/b/a/ the Tennessee Valley Vipers and d/b/a The Tennessee Valley Pythons, an Alabama Limited Liability Company, ARTHUR CLARKSON, individually, WARD INVESTMENTS, LLC d/b/a the Peoria Pirates and d/b/a the Peoria Mutineers, an Illinois Limited Liability Company, and PATRICK L. WARD, individually, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

TVF, LLC moves to dismiss for a variety of reasons. We see no reason to discuss many of them because the parties agree that their disputes, or at least some of them, should be resolved by arbitration in Chicago. We will, however, stay this action rather than dismiss it. If the arbitrators conclude that they should not hear some of the disputes, plaintiff may then seek to revive portions of this case and we can then deal with the other bases for defendant's motion.

JAMES B. MORAN
Senior Judge, U. S. District Court

Feb. 22, 2005.